IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 16-cv-00175-REB-CBS | Date: April 6, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

DEBORAH TROUDT, *et al.,*  |  Kurt Struckhoff
 | Mark Boyko
 | James Redd
 | Michael Wolff

Plaintiff,

v.

ORACLE CORPORATION, *et al.,*  |  Brian Ortelere
 | Christopher Boran
 | Tiffany Todd

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 09:03 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** *[32] Partial Motion to Dismiss Counts I, III, IV of the Complaint* is **DENIED AS MOOT.**

*[35] Defendants' Notice to Strike Their Partial Motion to Dismiss Counts I, III, and IV of the Complaint (dkt. 32)* is **GRANTED** to the extent it seeks to withdraw document 32.

The court will allow the Plaintiff to pursue discovery in regards to contracts or other contractual relationships between Oracle and Fidelity without prejudice to Oracle's right to assert any appropriate objections under the Federal Rules of Civil Procedure.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE STATUS CONFERENCE HELD THIS DATE:**
Defendants will produce the documents identified in their Rule 26(a)(1) disclosures, including Committee meeting minutes and materials in unredacted form, no later than May 30, 2016.

Parties will not take any deposition until the motion to dismiss is decided.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
The court will hold all other deadlines in ABEYANCE pending a ruling on the motion to dismiss.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Hearing Concluded.

**Court in recess: 09:55 a.m.**
Time in court: 00:52

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.